# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| PHYNET DERMATOLOGY LLC, and NORTHEAST DERMATOLOGY ASSOCIATES, P.C.<br><br>**Plaintiffs,**<br><br>v.<br><br>LAUREN GRADY, and OPTIMA DERMATOLOGY PARTNERS LLC<br><br>**Defendants.** | CASE NO. 1:23-cv-00420-JL-TSM |

## STIPULATED DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs PhyNet Dermatology LLC and Northeast Dermatology Associates, P.C., and Defendants Lauren Grady and Optima Dermatology Partners LLC, by and through their respective undersigned counsel, hereby stipulate that this action and all claims asserted therein be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses.

///

///

///

///

Date:  April 11, 2024

| | |
|---|---|
| */s/ Erik W. Weibust* | */s/ Nathaniel R. Mendell* |
| Ashley Krezmien (#277106) | Nathaniel R. Mendell |
| Erik W. Weibust (admitted pro hac vice) | (admitted pro hac vice) |
| Alicia Maziarz (admitted pro hac vice) | Morrison & Foerster LLP |
| Epstein Becker & Green, P.C. | 200 Clarendon Street |
| 125 High Street, Suite 2114 | Boston, MA 02116 |
| Boston, Massachusetts 02110 | NMendell@mofo.com |
| (617) 603-1090 | |
| AKrezmien@ebglaw.com | |
| EWeibust@ebglaw.com | |
| AMaziarz@ebglaw.com | |
| | */s/ Jeremy D. Eggleton* |
| *Attorneys for Plaintiffs PhyNet Dermatology LLC and Northeast Dermatology Associates, P.C.* | Jeremy D. Eggleton (#18170) ORR & RENO P.A. 45 S. Main Street Concord, NH 03301 (603) 223-9022 jeggleton@orr-reno.com |
| | *Attorneys for Defendants Lauren Grady Optima Dermatology Partners, LLC* |